IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.                              CRIMINAL ACTION NO. 5:23-cr-00188

MARK HOLDREN
COREY SNYDER
JOHNATHAN WALTERS
CHAD LESTER
JACOB BOOTHE
ASHLEY TONEY

**ORDER**

Pending before the court is the motion by the United States for a brief continuance of the April 30, 2024, trial date [ECF No. 129]. The motion is unopposed by defendants Holdren, Snyder, Walters, Boothe, and Toney. The motion for a brief continuance is opposed by defendant Lester. Defendants Holdren, Snyder, Walters, Boothe, and Toney have authorized the United States to inform the court that they request a 60 day continuance of the trial date.

The court **DIRECTS** defendant Lester to file a memorandum within 10 days of entry of this order. The United States and counsel for the defendants Holdren, Snyder, Walters, Boothe, and Toney are **DIRECTED** to file their replies within 5 days of the filing of the memorandum by defendant Lester.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: March 7, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE