**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

UNITED STATES OF AMERICA,

v.                                          CRIMINAL ACTION NO. 5:23-cr-00188

MARK HOLDREN
COREY SNYDER
JOHNATHAN WALTERS
CHAD LESTER
JACOB BOOTHE
ASHLEY TONEY

**ORDER**

     Pending before the court is the motion by the United States to continue the trial [ECF No. 129].  The motion is unopposed by defendants Holdren, Snyder, Walters, Boothe, and Toney. The motion is opposed by defendant Lester.   Defendants Holdren, Snyder, Walters, Boothe, and Toney request a 60 day continuance of the trial date on the grounds that additional time is needed for trial preparation.   This case involves six defendants, seven defense attorneys, an 18-count indictment, voluminous discovery, and prosecution under a statute that exposes defendant Lester's co-defendants to life in prison. The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar.

     Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, the court **GRANTS** the motion [ECF No. 129] for continuance.   The trial, previously scheduled for April 30, 2024, is **CONTINUED**

to **July 9, 2024**, **at 9:00 a.m., in Beckley**.   The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **July 2, 2024**.

The pretrial motions hearing, previously scheduled for April 17, 2024, is **CONTINUED** to **June 27, 2024, at 10:00 a.m., before Judge Aboulhosn, in Beckley**.  Any motions to be addressed at the pretrial motions hearing shall be filed no later than **June 13, 2024**.

The court **FINDS** that the time between April 30, 2024, and July 9, 2024, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   March 21, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE