IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION NO. 5:23-cr-00188 |
| | ) |
| MARK HOLDREN | ) |
| COREY SNYDER | ) |
| JOHNATHAN WALTERS | ) |
| CHAD LESTER | ) |
| JACOB BOOTHE | ) |
| ASHLEY TONEY | ) |
| | ) |
| Defendants. | ) |

## ORDER

For reasons apparent to the Court, the Pretrial Motions Hearing scheduled for June 27, 2024, before the undersigned is **RESCHEDULED** to **June 17, 2024, at 10:00 a.m.**

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendants and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshal.

**ENTERED**:  March 25, 2024.



Omar J. Aboulhosn
United States Magistrate Judge