# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION NO. 5:23-cr-00188 |
| | ) |
| MARK HOLDREN, | ) |
| COREY SNYDER, | ) |
| JOHNATHAN WALTERS, | ) |
| CHAD LESTER, | ) |
| | ) |
| Defendants. | ) |

### ORDER

A hearing regarding **Defendants' Joint Motion for Modification of Protective Order** (ECF Doc. 127) and the **United States' Response In Opposition To Joint Defendants' Motion to Modify Protective Order** (ECF Doc. 128) will be conducted on **Wednesday, May 1, 2024, at 2:00 p.m.** before the undersigned in Beckley.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendants and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshal.

**ENTERED**:   April 24, 2024.



Omar J. Aboulhosn
United States Magistrate Judge