# Courtroom Minute Entry

**Room:** Beckley  
**Caption:** USA v. Mark Holdren, ET AL.  
**Case No.:** 5:23-cr-00188  
**Judge:** Omar Aboulhosn  
**Type:** Motion Hearing

**Started:** 5/1/2024 1:43:37 PM  
**Ends:** 5/1/2024 2:40:06 PM  **Length:** 00:56:30

| Time | Entry |
|---|---|
| 1:43:43 PM | Judge Omar Aboulhosn |
| 1:43:44 PM | Courtroom Deputy Tammy Davis |
| 1:43:45 PM | AUSA Christine M. Siscaretti |
| 1:43:46 PM | Attorneys David Schles, Richard Gunnoe, Edmund Rollo and Benjamin Bryant |
| 1:43:47 PM | Defendants Mark Holdren, Corey Snyder, Johnathan Walters and Chad Lester |
| 1:43:50 PM | Court Reporter: CourtSmart |
| 1:43:56 PM | **MOTIONS HEARING – ECF DOCS. 127, 126 & 128** |
| 1:44:02 PM | Recording Paused |
| 1:58:47 PM | Recording Resumed |
| 2:04:37 PM | Judge Omar Aboulhosn |
| 2:04:42 PM | Calls case. |
| 2:04:47 PM | We are here today on a Joint Motion for Modification of Protective Order and the Government's Response. |
| 2:05:06 PM | Counsel notes their appearances. |
| 2:05:48 PM | Judge Omar Aboulhosn |
| 2:05:51 PM | Discusses email sent to counsel. I read the United States Response and their concerns – offered |
| 2:05:00 PM | suggestions that could be agreed upon. |
| 2:06:03 PM | Was there any effort in that regard? |
| 2:06:29 PM | Attorney David Schles addresses the Court as to remaining issue regarding material reviewed at the jail. |
| 2:07:02 PM | Judge Omar Aboulhosn |
| 2:07:16 PM | I don't fully appreciate what that means. The United States made disclosures to counsel, correct? |
| 2:07:38 PM | Attorney David Schles discusses contents on a secured laptop – Rule 16 Discovery excludes witness |
| 2:09:00 PM | statements. We believe our clients need to have access to that whether counsel sits there with them or not. |
| 2:09:21 PM | Judge Omar Aboulhosn |
| 2:09:22 PM | You make a very good point. Discusses witness statements with clients. |
| 2:09:40 PM | Attorney David Schles |
| 2:09:46 PM | Continues to address the Court. There are just so many of them. |
| 2:09:55 PM | Judge Omar Aboulhosn |
| 2:09:58 PM | You have those statements. The problem is there are so many - they are voluminous and the driving to Kentucky |
| 2:10:20 PM | versus having access to a secure laptop by himself with no notes, no pens, he could pull it up and read it. |
| 2:10:38 PM | What is the government's concern about that? |
| 2:10:49 PM | AUSA Christine M. Siscaretti |
| 2:11:01 PM | Proffers to the Court as to the government's concern from the beginning in filing charges is witness safety. |
| 2:11:07 PM | Judge Omar Aboulhosn |
| 2:11:08 PM | That is the Court's primary concern as well. Where is the additional safety risk? |
| 2:11:27 PM | AUSA Christine M. Siscaretti |
| 2:11:38 PM | Proffers to the Court as to a protective factor built in – in having unfettered access. |
| 2:12:08 PM | Judge Omar Aboulhosn |
| 2:12:10 PM | Has there been a change of circumstance in viewing that one on one due to voluminous amount? |
| 2:12:31 PM | AUSA Christine M. Siscaretti |
| 2:12:40 PM | Proffers to the Court |
| 2:12:59 PM | We propose putting all Rule 16 docs. on a laptop but the witness statements – to give defendants extra time. |
| 2:13:28 PM | Judge Omar Aboulhosn |
| 2:13:30 PM | How many witness statements are we talking? |
| 2:13:36 PM | AUSA Christine |
| 2:13:43 PM | Near 25 to 30, your honor. |
| 2:14:07 PM | We have turned over about 12 pages. |
| 2:14:16 PM | Judge Omar Aboulhosn |
| 2:14:18 PM | Why not give them the ability to review that material with a 2-hour time limit, for example? |
| 2:14:49 PM | Discusses possible way for defendants to review the witness statements. |
| 2:15:22 PM | Discusses disclosures made already. I don't want to discourage you from making future disclosures. |
| 2:15:45 PM | AUSA Christine M. Siscaretti |
| 2:16:09 PM | Proffers to the Court. |

| | |
|---|---|
| 2:16:35 PM | Discusses the logistics of that – adding the additional burden on the facility to facilitate that, your honor. |
| 2:17:24 PM | Judge Omar Aboulhosn |
| 2:17:27 PM | Discusses putting that on a jump drive. Let me have a discussion with defense counsel. |
| 2:17:47 PM | Attorney David Schles |
| 2:17:55 PM | Proffers to the Court as to many more interviews – some are not consistent. Discusses Rule 16A(1)(e). |
| 2:19:30 PM | Judge Omar Aboulhosn |
| 2:19:32 PM | I was throwing out a number - a suggestion to see if I could move the needle any to get some agreement. |
| 2:19:45 PM | Attorney David Schles |
| 2:19:50 PM | Continues with proffer as to one room with one laptop and four defendants. There will be limited time for that. |
| 2:21:33 PM | Judge Omar Aboulhosn |
| 2:21:35 PM | Counsel, do you want to respond to that? What is the increased risk? |
| 2:21:43 PM | AUSA Christine Siscaretti |
| 2:21:46 PM | Proffers to the Court to nature and the allegations – need extra protection for the witnesses. Discusses |
| 2:23:20 PM | turning over more discovery. That was not a mutual requirement. |
| 2:23:27 PM | Judge Omar Aboulhosn |
| 2:23:29 PM | What is the harm to let them prepare for trial? We are all concerned with safety, but you haven't given me |
| 2:23:30 PM | anything tangible. As officers of the Court, we are all concerned with witness safety. |
| 2:23:58 PM | If counsel sat with their clients for unlimited hours, how is there any more increased risk than the ability to |
| 2:24:17 PM | look at it without counsel being present? |
| 2:24:31 PM | AUSA Christine M. Siscaretti |
| 2:24:36 PM | Proffers to the Court as to the government's position – the importance of staying away from witnesses. |
| 2:25:00 PM | Judge Omar Aboulhosn |
| 2:25:03 PM | I am all about witness safety. I don't see where the increased risk occurs if counsel is not with his client. |
| 2:25:44 PM | Where is the increased risk if they have the ability to review whether counsel is present or not? |
| 2:26:06 PM | AUSA Christine Siscaretti |
| 2:26:09 PM | Discusses witness safety. |
| 2:26:15 PM | Judge Omar Aboulhosn |
| 2:26:18 PM | Allowing access on the computer. I am sure the jail is monitoring that. If there is any issue, we shut it |
| 2:26:39 PM | down instantaneously? |
| 2:27:10 PM | If they abuse the computer system, we can shut it down as quick as it is set up. Would that not be a safeguard? |
| 2:27:30 PM | AUSA Christine Siscaretti |
| 2:27:33 PM | That is something we can monitor. Discusses if there is a breach, your honor. |
| 2:27:51 PM | Judge Omar Aboulhosn |
| 2:27:58 PM | They have the ability to breach that right now. I am trying to find a realistic middle ground here. |
| 2:28:15 PM | AUSA Christine Siscaretti |
| 2:28:18 PM | Proffers to the Court as to why there was a Protective Order put in place in this case. |
| 2:28:40 PM | Judge Omar Aboulhosn |
| 2:28:42 PM | Let me take a minute. |
| 2:30:15 PM | The only change would be paragraph 5 in the Protective Order regarding restricted access. |
| 2:30:31 PM | That would be the only modification of the Order. |
| 2:30:45 PM | Attorney David Schles |
| 2:30:49 PM | Proffers to the Court as to the meaning of the Protective Order. They will look at words on a screen. |
| 2:31:30 PM | Judge Omar Aboulhosn |
| 2:31:33 PM | I am having trouble not finding merit in their argument - whether counsel is physically next to them or not. |
| 2:32:21 PM | Attorney David Schles |
| 2:33:14 PM | Addresses the Court as to witness contact through counsel. Discusses critical video. |
| 2:33:46 PM | Judge Omar Aboulhosn |
| 2:33:49 PM | What have you agreed to as far as everything else besides the statements? |
| 2:34:07 PM | Attorney David Schles |
| 2:34:13 PM | Ms. Siscaretti sent us an email yesterday. |
| 2:34:40 PM | Judge Omar Aboulhosn |
| 2:34:42 PM | May I see that email? Discusses the part that is in dispute. |
| 2:35:54 PM | It seems the provisions outlined are reasonable except portion of witness statements. I will rule all |
| 2:36:00 PM | material be provided and be accessible to them on a computer. I don't think the government has |
| 2:36:20 PM | sustained the argument that increases risk to witnesses. |
| 2:36:38 PM | I will be glad to Stay that if the United States asks me to do so to appeal that to Judge Goodwin? |
| 2:36:49 PM | AUSA Christine Siscaretti |
| 2:36:51 PM | That is not necessary, your honor. |
| 2:36:55 PM | Judge Omar Aboulhosn |
| 2:36:58 PM | I would ask counsel forward to me that portion of that email and I will take out the part that I am saying I |
| 2:37:00 PM | am not agreeing with the United States on and enter an Order modifying that. |
| 2:37:29 PM | Or if you want to send to me a proposed order that basically says that? |

| Time | Entry |
|---|---|
| **2:37:42 PM** | AUSA Christine Siscaretti |
| **2:37:47 PM** | Just Chief Shawn Moore and one more investigator in his office to have access – reaching out to FPD |
| **2:38:15 PM** | Wes Page about the laptop from FPD Office. |
| **2:38:17 PM** | Judge Omar Aboulhosn |
| **2:38:20 PM** | However you want to title it or send to me as an Amended Protective Order? |
| **2:38:36 PM** | Attorney David Schles |
| **2:38:44 PM** | Discusses FPD has resources we do not have. |
| **2:39:03 PM** | Judge Omar Aboulhosn |
| **2:39:08 PM** | **The Court will overrule of the government's partial objection to the disclosure of witness statements.** |
| **2:39:20 PM** | I will await an email or pleading with proposed amended order. |
| **2:39:40 PM** | AUSA Christine Siscaretti |
| **2:39:42 PM** | The government can draft a proposal and sent it to the parties. |
| **2:39:51 PM** | Judge Omar Aboulhosn |
| **2:39:52 PM** | That is fine. However, I get it, I will enter it promptly. Is there anything else to take care of? Hearing adjourned. |