IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 5:23-cr-00188-6

ASHLEY TONEY

### DEFENDANT ASHLEY TONEY'S JOINDER IN CO-DEFENDANT'S MOTION TO CONTINUE

COMES NOW the Defendant, Ashley Toney, through her undersigned counsel, and advises the Court that she has no objection to Defendant Mark Holdren's Motion for Continuance, ECF No. 152, filed on June 10, 2024.

Respectfully submitted this 11th day of June 2024.

ASHLEY TONEY

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Wesley P. Page**
Wesley P. Page, Bar No. 10529
Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail:  wesley_page@fd.org