# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:23-cr-00188

MARK HOLDREN
COREY SNYDER
JOHNATHAN WALTERS
CHAD LESTER

## ORDER

Pending is the motion by defendant Holdren to continue the trial of this matter on the grounds that additional time is needed to prepare for pretrial proceedings and trial due to the voluminous amount of discovery material provided. The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar. The motion is unopposed by the United States and by defendants Snyder and Walters. The motion to continue is opposed by defendant Lester. Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, the court **GRANTS** the motion [ECF No. 169] for continuance. The trial, previously scheduled for October 8, 2024, is **CONTINUED** to **December 10, 2024, at 8:30 a.m.**, **in Beckley, West Virginia.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **December 3, 2024**.

The pretrial motions hearing, previously scheduled for September 23, 2024, is **CONTINUED** to **November 21, 2024, at 1:30 p.m. in Beckley, West Virginia before Judge**

**Aboulhosn**.  Any motions to be addressed at the pretrial motions hearing shall be filed no later than **November 7, 2024.**

The court **FINDS** that the time between October 8, 2024, and December 10, 2024, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: September 4, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE