UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 5:23-CR-00188-1

MARK HOLDREN

### JOINT MOTION TO CONTINUE SENTENCING HEARING AND ALL RELATED DEADLINES

Comes now the United States of America, by John J. Frail, Assistant United States Attorney for the Southern District of West Virginia, and files this motion to continue the scheduled sentencing hearing and all related sentencing deadlines. As grounds for this motion, the government offers the following:

1. A sentencing hearing is currently scheduled in this case for April 30th, 2025, at 10:00 a.m. in Charleston.

2. The undersigned attorneys are continuing to assess the defendant's ability to receive a motion pursuant to U.S.S.G. 5K1.1.

3. The undersigned attorneys have conferred with counsel for the defense, Mr. Schles, and Mr. Schles has permitted the government to represent to the Court that he joins the government's continuance request.

For the foregoing reasons, the government requests a 30-day continuance of scheduled sentencing hearing and all related deadlines.

        Respectfully submitted,

        LISA G. JOHNSTON
        Acting United States Attorney

By:

        /s/ John J. Frail
        JOHN J. FRAIL
        Assistant United States Attorney
        Chief – Criminal Division
        WV Bar No. 1265
        300 Virginia Street, East Room 4000
        Charleston, WV 25301
        Phone: (304) 345-2200
        Fax: (304) 347-5104
        Email: john.frail@usa.doj.gov

        HARMEET K. DHILLON
        ASSISTANT ATTORNEY GENERAL
        CIVIL RIGHTS DIVISION
        U.S. DEPARTMENT OF JUSTICE

        /s/ Christine M. Siscaretti
        CHRISTINE M. SISCARETTI
        Deputy Chief of Operations
        U.S. Department of Justice
        Criminal Section, Civil Rights Division
        950 Pennsylvania Ave NW
        Washington, DC 20530
        Phone: (202) 598-9605
        E-mail: christine.siscaretti@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "JOINT MOTION TO CONTINUE SENTENCING HEARING" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 15th day of April, 2025 to:

**David O. Schles**
815 Quarrier Street
Suite 306
Charleston, WV 25301
Phone: 304-344-1559
Email: schleslaw@gmail.com

/s/ John J. Frail
JOHN J. FRAIL
Assistant United States Attorney
Chief – Criminal Division
WV Bar No. 1265
300 Virginia Street, East Room 4000
Charleston, WV 25301
Phone: (304) 345-2200
Fax: (304) 347-5104
Email: john.frail@usa.doj.gov

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

/s/Christine M. Siscaretti
CHRISTINE M. SISCARETTI
Deputy Chief of Operations
U.S. Department of Justice
Criminal Section, Civil Rights Division
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-9605
E-mail: christine.siscaretti@usdoj.gov