IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.                                      CRIMINAL ACTION NO. 5:23-cr-00188-1

MARK HOLDREN

**ORDER**

Pending before the court is a Joint Motion to Continue Sentencing Hearing and All Related Deadlines, [ECF No. 271]. For good cause shown, the motion is **GRANTED**. The sentencing hearing previously scheduled in this matter for April 30, 2025, is **CONTINUED to June 16, 2025, at 10:00 a.m., in Charleston, West Virginia**. The United States Attorney and counsel for the defendant shall file a sentencing memorandum no later than **June 9, 2025**.

The court **DIRECTS** the Clerk to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: April 15, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE