To whom it may concern:

I am Russell Holdren, the father of Mark Holdren. In around 2012 my son and I had a deep falling out. I had made bad decisions and so my son and I still do not have much communication to this day. With this being said, I have other people in my life who keep me updated on Mark so that I am able to check in on him. My son is a good man and he deserves to spend it with his children.

Mark has made horrible decisions, ones that have since gotten him into trouble. Although his choices have had positive outcomes, he is still a very good man. My son is also a father of two beautiful children, Haley and Konnor. He would do anything in the world for them if he needed to. He has so much family who love and care for him. These people cherish him and need him in their lives. Mark has always worked, ever since he was a young boy in his teens. He supported himself, his now ex-wife, and his children for many years. All i ask if that the court show mercy on Mark during his time of sentencing.

Very truly,
Russell L. Holdren