To Whom It May Concern:

My name is William Stoots Jr., and I am a friend of Mark Holdren. His daughter and I were in a relationship for three years. As Haley and I are no longer in a relationship, her father and I are still in contact. For a long time I thought that Mark would be my father in law, but as those things changed, I can still say confidently that he was one of the best role models that I have ever had. I know that Mark has made a grave mistake that cannot be taken lightly and he knows that as well, but he is trying to better himself in ways that show his true character. I know on my own personal accord that he has read the Bible cover to cover and has grown closer with God. I know this because he has helped me also grow closer to God as his time being incarcerated has passed. His testimony has inspired me to grow closer with God alongside him and his journey. Mark is a wonderful man and a wonderful father. I have watched the way that he plays with his kids and the way that he loves them. I have watched the way that he can make the saddest person laugh, and the way that he can make any dull moment into a funny story that will be told for years to come. He has an amazing character and can become friends with anyone, just through a short conversation. I will always remember the laughs that he and I shared while being with his daughter and playing video games with his son. While I was in a relationship with Haley, I would spend weekends with her at Mark's house that he shared with his mother, "G-Maw," as we all call her. Mark and his son Konnor would make trips to the gas station for energy drinks and lottery scratch off tickets. Mark always said he would just grab one or two for himself and come back with a handful so that everyone could pick the ones that they wanted. We always had the most fun anticipating who would win and who wouldn't. Although I've only known Mark for a short time, I can say that he is a great man. A man, who to this day, still calls me "son" regardless of the status of his daughter and I. Meeting him was a blessing to me, and everyday I pray for his future as a man who is trying to fix the mistakes that he made. I love Mark, as a friend, a father figure, and as a man. He is hardworking, would do anything for his family and for anyone else that needed it. I hope you take this into consideration when sentencing Mark.

Thank you for your time and consideration,
William Stoots Jr.